NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**VERSATA SOFTWARE, INC., (formerly known as Trilogy Software, Inc.) AND VERSATA DEVELOPMENT GROUP, INC., (formerly known as Trilogy Development Group, Inc.),**
*Plaintiffs-Cross-Appellants,*

**v.**

**INTERNET BRANDS, INC., (formerly known as Carsdirect.com, Inc.), CARDIRECT.COM. INC., AUTODATA SOLUTIONS COMPANY, AND AUTODATA SOLUTIONS, INC.,**
*Defendants-Appellants.*

———————————

2013-1074, -1075

———————————

Appeals from the United States District Court for the Eastern District of Texas in No. 08-CV-0313, Circuit Judge William C. Bryson.

———————————

**JUDGMENT**

———————————

SCOTT L. COLE, McKool Smith, P.C., of Austin, Texas, argued for plaintiffs-cross-appellants. With him on the brief were JOEL L. THOLLANDER and LEAH B. BURATTI.

MICHAEL P. ADAMS, Jackson Walker L.L.P., of Austin, Texas, argued for defendants-appellants. With him on the brief were JAMES RUIZ, ANDREW J. SCHUMACHER, BRIAN KING and JEFFREY A. TINKER, Winstead PC, of Austin, Texas.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PROST, and TARANTO, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 January 17, 2014                    /s/ Daniel E. O'Toole
        Date                        Daniel E. O'Toole
                                    Clerk of Court